For Settlement Purposes Only
Royal Pizza

| Plaintiff | Pay Period | | | | Minimum Wage | | | Paid Wages | | | Unpaid Wages & OT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | Weeks | Hours Per Week | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Regular Hourly Pay Rate | Hourly OT Pay Rate | Underpayment Per Week | Total Unpaid Wages & OT | Liq. Damages on Wages & OT |
| **Alberto Pareja** | 6/1/2016 | 12/30/2016 | 30 | 58.5 | $ 9.00 | $ 13.50 | $ 643.63 | $ 568.63 | $ 9.50 | $ 14.25 | $ 75.00 | $ 2,250.00 | $ 562.50 |
| | 12/31/2016 | 5/31/2017 | 22 | 58.5 | $ 11.00 | $ 16.50 | $ 745.25 | $ 599.50 | $ 10.00 | $ 15.00 | $ 145.75 | $ 3,206.50 | $ 3,206.50 |
| | 6/1/2017 | 6/11/2017 | 1 | 58.5 | $ 11.00 | $ 16.50 | $ 745.25 | $ 661.25 | $ 11.00 | $ 16.50 | $ 84.00 | $ 84.00 | $ 84.00 |
| | | | | | | | | | | | | $ 5,540.50 | $ 3,853.00 |
| | | | | | | | | | | | | | |
| **Lorenzo Espindola** | 5/25/2017 | 6/1/2017 | 1 | 48 | $ 11.00 | $ 16.50 | $ 572.00 | $ 488.00 | $ 11.00 | $ 16.50 | $ 84.00 | $ 84.00 | $ 84.00 |
| | 6/2/2017 | 6/13/2017 | 2 | 54 | $ 11.00 | $ 16.50 | $ 671.00 | $ 595.25 | $ 11.00 | $ 16.50 | $ 75.75 | $ 151.50 | $ 151.50 |
| | | | | | | | | | | | | $ 235.50 | $ 235.50 |
| | | | | | | | | | | | | | |
| **Rigoberto Juarez Galindo** | 11/21/2015 | 12/30/2015 | 6 | 51 | $ 8.75 | $ 13.13 | $ 536.75 | $ 461.75 | $ 9.50 | $ 14.25 | $ 75.00 | $ 450.00 | $ 450.00 |
| | 12/31/2015 | 4/15/2016 | 15 | 51 | $ 9.00 | $ 13.50 | $ 536.75 | $ 461.75 | $ 9.50 | $ 14.25 | $ 75.00 | $ 1,125.00 | $ 1,125.00 |
| | 9/5/2016 | 12/30/2016 | 17 | 55 | $ 9.00 | $ 13.50 | $ 656.25 | $ 575.25 | $ 10.50 | $ 15.75 | $ 81.00 | $ 1,377.00 | $ 1,377.00 |
| | 12/31/2016 | 6/18/2017 | 24 | 55 | $ 11.00 | $ 16.50 | $ 687.50 | $ 575.25 | $ 10.50 | $ 15.75 | $ 112.25 | $ 2,694.00 | $ 2,694.00 |
| | | | | | | | | | | | | $ 5,646.00 | $ 5,646.00 |
| | | | | | | | | | | | | | |
| **TOTAL DAMAGES** | | | | | | | | | | | | $ 11,422.00 | $ 9,734.50 |

| | | |
|---|---|---|
| NYLL - SOL | 1/22/2011 | |
| NYLL Amendment Date | 4/9/2011 | 1  This chart is based upon preliminary information and the expected testimony of Plaintiffs. |
| FLSA - SOL | 1/21/2014 | 2  Plaintiffs reserve the right to correct or amend this chart. |
| Filing Date | 1/20/2017 | 3  This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA a |
| Today's Date | 11/3/2017 | |

For Settlement Purposes Only
Royal Pizza

| Plaintiff | Pay Period | | Spread of Hours | | | Pre-Judgment Interest | | Other Claims | | | TOTALS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Start | End | SOH Days per Week | Unpaid SOH Pay | Liq. Damages on Unpaid SOH Pay | PJI on Wages | PJI on SOH | Wage Notice | Wage Statement | Tools of the Trade | |
| **Alberto Pareja** | 6/1/2016 | 12/30/2016 | 4 | $ 1,080.00 | $ 1,080.00 | $ 229.98 | $ 110.39 | $ 5,000.00 | $ 5,000.00 | $ 3,605.00 | $ 18,921.86 |
| | 12/31/2016 | 5/31/2017 | 4 | $ 968.00 | $ 968.00 | $ 183.45 | $ 55.38 | $ - | $ - | $ - | $ 8,591.83 |
| | 6/1/2017 | 6/11/2017 | 4 | $ 44.00 | $ 44.00 | $ 3.12 | $ 1.63 | $ - | $ - | $ - | $ 264.75 |
| | | | | $ 2,092.00 | $ 2,092.00 | $ 416.54 | $ 167.40 | $ 5,000.00 | $ 5,000.00 | $ 3,605.00 | $ 27,778.44 |
| **Lorenzo Espindola** | 5/25/2017 | 6/1/2017 | 0 | $ - | $ - | $ 3.29 | $ - | $ 5,000.00 | $ 5,000.00 | $ 250.00 | $ 10,421.29 |
| | 6/2/2017 | 6/13/2017 | 0 | $ - | $ - | $ 5.57 | $ - | $ - | $ - | $ - | $ 308.57 |
| | | | 0 | $ - | $ - | $ 3.29 | $ - | $ 5,000.00 | $ 5,000.00 | $ 250.00 | $ 10,729.86 |
| **Rigoberto Juarez Galindo** | 11/21/2015 | 12/30/2015 | 2 | $ 105.00 | $ 105.00 | $ 77.01 | $ 17.97 | $ 5,000.00 | $ 5,000.00 | $ 950.00 | $ 12,156.98 |
| | 12/31/2015 | 4/15/2016 | 2 | $ 270.00 | $ 270.00 | $ 172.13 | $ 41.31 | $ - | $ - | $ - | $ 3,005.44 |
| | 9/5/2016 | 12/30/2016 | 4 | $ 612.00 | $ 612.00 | $ 124.45 | $ 55.31 | $ - | $ - | $ - | $ 4,161.76 |
| | 12/31/2016 | 6/18/2017 | 4 | $ 1,056.00 | $ 1,056.00 | $ 148.15 | $ 58.07 | $ - | $ - | $ - | $ 7,710.22 |
| | | | | $ 2,043.00 | $ 2,043.00 | $ 521.74 | $ 172.66 | $ 5,000.00 | $ 5,000.00 | $ 950.00 | $ 27,034.40 |
| **TOTAL DAMAGES** | | | | $ 4,135.00 | $ 4,135.00 | $ 941.57 | $ 340.06 | $ 15,000.00 | $ 15,000.00 | $ 4,805.00 | $ 65,542.70 |

| | |
| --- | --- |
| NYLL - SOL | 1/22/2011 |
| NYLL Amendment Date | 4/9/2011 |
| FLSA - SOL | 1/21/2014 |
| Filing Date | 1/20/2017 |
| Today's Date | 11/3/2017 |

nd NYLL.